# COURT OF APPEAL, FIRST CIRCUIT
## STATE OF LOUISIANA

RE: Docket Number 2020-CA-1248

Leonard Dupuis

- - Versus - -

Major Ray Johnson; Tara Hosey; Mountain Laurel
Assurance Company; Major Ray Johnson; and State Of
Louisiana Through Louisiana Department of Public Safety
And Corrections Dixon Correctional Center

20th Judicial District Court
Case #: 45683
East Feliciana Parish

Consolidated with the following:

2020 - CA - 1249
Lynn Randolph
versus
Major Ray Johnson; Tara Hosey; Mountain Laurel Assurance Company; Major Ray Johnson; and
State Of Louisiana Through Louisiana Department of Public Safety And Corrections Dixon
Correctional Center

On Application for Rehearing filed on 04/30/2021 by La. Department of Public Safety & Corrections

Rehearing                          **DENY**

_____
Mitchell R. Theriot

_____
Elizabeth Wolfe

_____
Chris Hester

Date **MAY 1 2 2021**
_____

_____
Rodd Naquin, Clerk